UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division
**Case Number: 13-20295-CR-MARTINEZ**

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

JORGE ZACARIAS HERNANDEZ EPIEYU,
    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING
## MAGISTRATE JUDGE GOODMAN'S DISCOVERY ORDER

THIS CAUSE came before the Court upon Defendant's Petition for Review of/Appeal ("Appeal") from Magistrate Judge Goodman's Order Denying Defendant Jorge Zacarias Hernandez Epieyu's Discovery Motions [ECF No. 133]. The Court has carefully considered the Appeal and has conducted a *de novo* review of the record, including Magistrate Judge Goodman's Order Denying Defendant Epieyu's Discovery Motions [ECF No. 130]. Pursuant to 28 U.S.C. § 636(b)(1), the Court may reconsider any pretrial matter determined by the Magistrate Judge, where it has been shown that the Magistrate Judge's order is "clearly erroneous or contrary to law." The Court finds that Magistrate Judge Goodman's factual findings are supported and his legal conclusions are correct. Accordingly, after careful consideration, it is:

**ORDERED AND ADJUDGED** that Magistrate Judge Goodman's Order Denying Defendant Epieyu's Discovery Motions [ECF No. 130] is **AFFIRMED** and **ADOPTED**. Defendant's Appeal from Magistrate Judge Goodman's Order Denying Defendant Epieyu's Discovery Motions [ECF No. 133] is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of January, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
Magistrate Judge Goodman